ROBBINS UMEDA LLP
MARC M. UMEDA (197847)
mumeda@robbinsumeda.com
GEORGE C. AGUILAR (126535)
gaguilar@robbinsumeda.com
ARSHAN AMIRI (246874)
aamiri@robbinsumeda.com
DAVID L. MARTIN (253858)
dmartin@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA  92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Counsel for Plaintiff Richard Logan and
[Proposed] Co-Lead Counsel for Plaintiffs


JORDAN ETH (BAR NO. 121617)
JUDSON E. LOBDELL (BAR NO. 146041)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendants Thomas H. Werner,
Thurman J. Rodgers, W. Steve Albrecht,
Betsy S. Atkins, Uwe-Ernst Bufe,
Thomas R. McDaniel, Pat Wood, III,
Dennis V. Arriola, Emmanuel T. Hernandez,
Daniel S. Shugar, Douglas J. Richards,
Bruce R. Ledesma, Marty T. Reese,
and nominal defendant SunPower Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOGAN, Derivatively on Behalf of SUNPOWER CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>THOMAS H. WERNER, DENNIS V. ARRIOLA, EMMANUEL T. HERNANDEZ, W. STEVE ALBRECHT, BETSY S. ATKINS, PAT WOOD, III, THOMAS R. MCDANIEL, THURMAN J. RODGERS, and UWE-ERNST BUFE,<br><br>　　　　　　　　Defendants, | Case No. C 09-05731-HRL<br><br>Honorable Howard R. Lloyd<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL, SCHEDULING, AND RELATED MATTERS |

|   |   |   |
|---|---|---|
| 1 | v. ) | |
| 2 | SUNPOWER CORPORATION, a ) Delaware corporation, ) | |
| 3 |   ) | |
| 4 | Nominal Defendant. ) | |
| 5 | DAVID CLARKE, Derivatively on Behalf ) of SUNPOWER CORPORATION, ) | Case No. C 09-05925-JSW |
| 6 |   ) | Honorable Judge Jeffrey S. White |
| 7 | Plaintiff, ) | |
| 8 | v. ) | |
| 9 | THOMAS H. WERNER, T.J. RODGERS, ) W. STEVE ALBRECHT, BETSY S. ) ATKINS, UWE-ERNST BUFE, THOMAS ) | |
| 10 | R. MCDANIEL, PAT WOOD III, ) DENNIS V. ARRIOLA, EMMANUEL T. ) | |
| 11 | HERNANDEZ, DANIEL S. SHUGAR, ) DOUGLAS J. RICHARDS, BRUCE R. ) | |
| 12 | LEDESMA, MARTY T. REESE, AND ) DOES 1-20, ) | |
| 13 |   ) Defendants, ) | |
| 14 |   ) | |
| 15 | v. ) | |
| 16 | SUNPOWER CORPORATION, a ) Delaware corporation, ) | |
| 17 | Nominal Defendant. ) | |
| 18 |   ) | |

WHEREAS, there are presently two related shareholder derivative actions against certain of the officers and directors of SunPower Corporation ("SunPower ") on file in this Court;

WHEREAS, in an effort to assure consistent rulings and decisions and the avoidance of unnecessary duplication of effort, all of the counsel for the parties in the related SunPower shareholder derivative actions currently on file in this Court enter into this stipulation.  The counsel are: (1) Robbins Umeda LLP on behalf of plaintiff Richard Logan; (2) Johnson Bottini LLP on behalf of plaintiff David Clarke; and (4) Morrison & Foerster LLP on behalf of  nominal defendant SunPower Corporation and individual defendants Thomas H. Werner, Thurman J. Rodgers, W. Steve Albrecht, Betsy S. Atkins, Uwe-Ernst Bufe, Thomas R. McDaniel, Pat Wood, III, Dennis V. Arriola, Emmanuel T. Hernandez, Daniel S. Shugar, Douglas J. Richards, Bruce R. Ledesma, and Marty T. Reese;

WHEREAS, on November 16, 2009, SunPower issued a press release announcing an internal investigation by its Audit Committee; and

WHEREAS, the parties agree that it would be duplicative and wasteful of the Court's resources for defendants named in plaintiffs' shareholder derivative actions to have to respond to the individual complaints prior to the agreed upon consolidation and filing of a consolidated complaint.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

1. The following actions are hereby related and consolidated for all purposes, including pre-trial proceedings and trial:

| Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Logan v. Werner, et al.* | No. C 09-05731-HRL | December 4, 2009 |
| *Clarke v. Werner, et al.* | No. C 09-05925-JSW | December 17, 2009 |

2. Every pleading filed in the consolidated action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | ) Master File No. C 09-05731-HRL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

3. The files of the consolidated action shall be maintained in one file under Master File No. C 09-05731-HRL.

4. Counsel for plaintiffs and defendants agree to meet and confer in good faith to arrange a schedule for the designation of an operative complaint or the filing of a Consolidated Derivative Complaint ("Consolidated Complaint") and a briefing schedule concerning any responsive pleading to the Consolidated Complaint within ten (10) days after the public announcement of the results and completion of the internal investigation. If the parties cannot agree to a schedule, plaintiff shall either designate a complaint as operative or file a Consolidated Derivative Complaint within thirty (30) days after the public announcement of the results and completion of the internal investigation, and defendants shall respond to the complaint within thirty (30) days.

5. If any defendant challenges plaintiffs' standing to maintain this derivative action on demand futility grounds – i.e., that plaintiffs failed to satisfy the requirements of Federal Rules of Civil Procedure 23.1 or Delaware Chancery Court Rule 23.1 by failing to plead facts sufficient to raise a reasonable doubt that a pre-litigation demand on SunPower 's Board of Directors would have been futile, it is Lead Plaintiffs' position that demand futility should be determined as it relates to the designated complaint or Consolidated Complaint based on the membership of the Board on the date plaintiff Logan filed his original complaint (December 4, 2009). By agreeing to this stipulation, defendants do not waive any argument they may have that demand futility should be determined

- 2 -

based on the membership of the Board on the date of the filing of any amended complaint or at any other point in time.

6. The Lead Plaintiffs for these consolidated actions are Richard Logan and David Clarke.

7. The Co-Lead Counsel for plaintiffs for the conduct of these consolidated actions are:

ROBBINS UMEDA LLP
MARC M UMEDA
KEVIN A. SEELY
DANIEL R. FORDE
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

and

JOHNSON BOTTINI, LLP
FRANK J. JOHNSON
FRANCIS A. BOTTINI, JR.
BRETT M. WEAVER
501 West Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

8. Plaintiffs' Co-Lead Counsel shall have sole authority to speak for plaintiffs in matters regarding pre-trial procedure, trial and settlement and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

9. Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through plaintiffs' Co-Lead Counsel.

10. Plaintiffs' Co-Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Plaintiffs' Co-Lead Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

11. Defendants' counsel may rely upon all agreements made with plaintiffs' Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

12. Defendants take no position as to the appointment of Lead Plaintiffs or Co-Lead Counsel.

13. This Order shall apply to each case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, remanded to or transferred to this Court.

14. When a derivative case that properly belongs as part of the *In re SunPower Corporation Shareholder Derivative Litigation*, Lead Case No. C 09-05731-HRL, is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the *In re SunPower Corporation Shareholder Derivative Litigation*, Lead Case No. C 09-05731-HRL, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

15. By agreeing to this stipulation, the parties do not consent to the jurisdiction of the magistrate judge.

16. Defendants' counsel shall appear for and accept service on behalf of all defendants not already served.

DATED:  December 30, 2009

ROBBINS UMEDA LLP
MARC M. UMEDA
GEORGE C. AGUILAR
ARSHAN AMIRI
DAVID L. MARTIN

s/ Marc M. Umeda
MARC M. UMEDA

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991

*[Proposed] Co-Lead Counsel and Counsel for Plaintiff Richard Logan*

- 4 -

STIP. AND [PROPOSED] ORDER RE CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL, SCHEDULING, AND RELATED MATTERS; CASE NO. CV 09-05731 HRL

| | |
|---|---|
| DATED:  December 30, 2009 | JOHNSON BOTTINI, LLP<br>FRANK JOHNSON<br>FRANCIS A. BOTTINI, JR.<br>BRETT M. WEAVER |

s/ Frank Johnson

FRANK JOHNSON

501 W. Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile:  (619) 238-0622

*[Proposed] Co-Lead Counsel and Counsel for Plaintiff David Clarke*

DATED:  December 30, 2009               MORRISON & FOERSTER LLP
                                         JORDAN ETH
                                         JUDSON E. LOBDELL

s/ Jordan Eth

JORDAN ETH

425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Counsel for defendants Thomas H. Werner, Thurman J. Rodgers, W. Steve Albrecht, Betsy S. Atkins, Uwe-Ernst Bufe, Thomas R. McDaniel, Pat Wood, III, Dennis V. Arriola, Emmanuel T. Hernandez, Daniel S. Shugar, Douglas J. Richards, Bruce R. Ledesma, Marty T. Reese, and nominal defendant SunPower Corporation*

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED                                      HONORABLE HOWARD R. LLOYD
                                           UNITED STATES MAGISTRATE JUDGE

450960_3

- 5 -

STIP. AND [PROPOSED] ORDER RE CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL, SCHEDULING, AND RELATED MATTERS; CASE NO. CV 09-05731 HRL

1 | I, Jordan Eth, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Consolidating Actions, Appointing Lead Plaintiffs and Lead Counsel, Scheduling, and Related Matters. In compliance with General Order No. 45, X.B., I hereby attest that Frank Johnson and Mark M. Umeda have concurred in this filing.

/s/ Jordan Eth
JORDAN ETH