*E-Filed 4/12/10*

| | |
|---|---|
| 1 | JORDAN ETH (CA SBN 121617) |
|   | JEth@mofo.com |
| 2 | JUDSON E. LOBDELL (CA SBN 146041) |
|   | JLobdell@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |

Attorneys for Defendants Thomas H. Werner, Thurman J. Rodgers, W. Steve Albrecht, Betsy S. Atkins, Uwe-Ernst Bufe, Thomas R. McDaniel, Pat Wood, III, Dennis V. Arriola, Emmanuel T. Hernandez, Daniel S. Shugar, Douglas J. Richards, Bruce R. Ledesma, Marty T. Reese, and nominal defendant SunPower Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Master File No.   CV-09-05731-RS |
|  | [~~PROPOSED~~] **ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT** |
| This Document Relates To: | |
| ALL ACTIONS | |

On April 2, 2010, the parties filed a Joint Case Management Conference Statement in this consolidated shareholder derivative action, requesting that the Court set June 28, 2010, as the deadline for Lead Plaintiff to file a consolidated complaint. Having reviewed the parties' Joint Case Management Conference Statement, IT IS HEREBY ORDERED that:

(1) Lead Plaintiff shall file a consolidated complaint in this action on or before June 28, 2010;

(2) The parties shall meet and confer within five (5) days of the filing of the consolidated complaint and propose to the Court a deadline for Defendants to respond to the consolidated complaint and, if necessary, a briefing schedule.

IT IS SO ORDERED.

Date: 4/9/10

*[signature: Richard Seeborg]*

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE