```
 1 | JOHNSON BOTTINI, LLP
    | FRANK J. JOHNSON (174882)
 2 | frankj@johnsonbottini.com
    | FRANCIS A. BOTTINI, JR. (175783)
 3 | frankb@johnsonbottini.com
    | BRETT M. WEAVER (204715)
 4 | brettw@johnsonbottini.com
    | 501 West Broadway, Suite 1720
 5 | San Diego, CA  92101
    | Telephone:  (619) 230-0063
 6 | Facsimile:  (619) 238-0622
 7 | ROBBINS UMEDA LLP
    | MARC M. UMEDA (197847)
 8 | mumeda@robbinsumeda.com
    | GEORGE C. AGUILAR (126535)
 9 | gaguilar@robbinsumeda.com
    | ASHLEY R. PALMER (246602)
10 | apalmer@robbinsumeda.com
    | ARSHAN AMIRI (246874)
11 | aamiri@robbinsumeda.com
    | 600 B Street, Suite 1900
12 | San Diego, CA  92101
    | Telephone:  (619) 525-3990
13 | Facsimile:  (619) 525-3991
14 | *Co-Lead Counsel for Plaintiffs*
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Case No. C 09-05731-RS<br><br>Honorable Richard Seeborg<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR LEAD PLAINTIFFS TO FILE A CONSOLIDATED COMPLAINT** |
| This Document Relates To:<br><br>All Actions | |

1  WHEREAS, on November 16, 2009, SunPower Corporation ("SunPower") issued a press release announcing an internal investigation by its audit committee;

WHEREAS, shortly after the announcement, David Clarke and Richard Logan separately commenced derivative actions against SunPower's officers and directors, alleging, among other things, breaches of fiduciary duties arising from alleged mismanagement and improper accounting practices;

WHEREAS, by order dated January 4, 2010, this Court approved the parties' stipulation to (a) consolidate the related derivative actions; and (b) appoint Clarke and Logan as Lead Plaintiffs and their respective counsel as Co-Lead Counsel;

WHEREAS, by order dated April 12, 2010, the Court approved the parties' stipulation setting June 28, 2010 as the deadline for Lead Plaintiffs to file a consolidated complaint;

WHEREAS, by letter dated February 1, 2010 ("Inspection Demand"), Clarke demanded inspection of SunPower's books and records relating to, among other things, the accounting practices at SunPower that led SunPower to restate its financial results and underlie the allegations in the derivative actions filed by Logan and Clarke;

WHEREAS, Clarke filed a verified petition for a writ of mandate against SunPower under the California Corporations Code in the Superior Court of the State of California, County of Santa Clara ("California State Court"), on May 26, 2010, seeking to compel SunPower to comply with his Inspection Demand ("Petition");

WHEREAS, in response to Clarke's Petition, SunPower intends to file a demurer on or before July 9, 2010; and

WHEREAS, the Lead Plaintiffs have requested an extension of time to file a consolidated complaint until after the California State Court resolves, Clarke's Petition and SunPower has no objection to that request.

NOW THEREFORE, IT IS STIPULATED AND AGREED by all parties, through their respective counsel of record, as follows:

///

1. In the event that Clarke's Petition is denied in its entirety, Lead Plaintiffs shall file a consolidated complaint within 30 days of the entry of the order denying the Petition;

2. In the event that Clarke's Petition is granted in whole or in part, all counsel of record shall meet and confer in good faith, within five days of the entry of the order compelling production of documents, to set a new deadline for Lead Plaintiffs to file a consolidated complaint; and

3. Within five days of completing their efforts to meet and confer, the parties shall submit to the Court for approval a revised deadline for Lead Plaintiffs to file a consolidated complaint.

DATED:  June 28, 2010                JOHNSON BOTTINI, LLP
                                     FRANK J. JOHNSON
                                     FRANCIS A. BOTTINI, JR.
                                     BRETT M. WEAVER

                                            s/ Francis A. Bottini, Jr.
                                     FRANCIS A. BOTTINI, JR.

                                     501 West Broadway, Suite 1720
                                     San Diego, CA  92101
                                     Telephone:  (619) 230-0063
                                     Facsimile:   (619) 238-0622

                                     *Co-Lead Counsel for Plaintiffs*

DATED:  June 28, 2010                ROBBINS UMEDA LLP
                                     MARC M. UMEDA
                                     GEORGE C. AGUILAR
                                     ASHLEY R. PALMER
                                     ARSHAN AMIRI

                                            s/ Marc M. Umeda
                                     MARC M. UMEDA

                                     600 B Street, Suite 1900
                                     San Diego, CA  92101
                                     Telephone:  (619) 525-3990
                                     Facsimile:   (619) 525-3991

                                     *Co-Lead Counsel for Plaintiffs*

DATED: June 28, 2010

MORRISON & FOERSTER LLP
JORDAN ETH
JUDSON E. LOBDELL

s/ Jordan Eth
JORDAN ETH

425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

*Counsel for Defendants*

## CERTIFICATION UNDER GENERAL ORDER NO. 45

I, Francis A. Bottini, Jr., am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Extension of Time for Lead Plaintiffs to File a Consolidated Complaint.  In compliance with General Order No. 45, X.B., I attest that Marc M. Umeda and Jordan Eth have concurred in this filing.

DATED: June 28, 2010

s/ Francis A. Bottini, Jr.
FRANCIS A. BOTTINI, JR.

* * *

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __June 29__, 2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

3
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR LEAD PLAINTIFFS TO FILE A CONSOLIDATED COMPLAINT