***E-Filed 4/7/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | No. C  09-5731 RS<br><br>**ORDER RE POST-CONSOLIDATION PROCEDURES** |
| _____/ | |

In view of the order entered on January 4, 2010 consolidating for all purposes *Logan v. Werner, et. al.* and *Clarke v. Werner, et al.* under this caption and case number, for administrative convenience it is hereby ordered that the file in Case No. C 09-05925 RS be closed.  Further filings herein need not bear the notation "This Document Relates To . . ." in the caption.

IT IS SO ORDERED.

Dated:  4/6/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

**No. C  09-5731 RS**
ORDER