BOTTINI & BOTTINI, INC.
FRANCIS A. BOTTINI, JR. (175783)
fbottini@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: 858/914-2001
Facsimile:  858/914-2002

ROBBINS ARROYO LLP
MARC M. UMEDA (197847)
mumeda@robbinsarroyo.com
GEORGE C. AGUILAR (126535)
gaguilar@robbinsarroyo.com
ASHLEY R. PALMER (246602)
apalmer@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: 619/525-3990
Facsimile: 619/525-3991

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SHAREHOLDER DERIVATIVE LITIGATION | Master File No. C 09-05731-RS |
| | Honorable Richard Seeborg |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| ALL ACTIONS | |

1   WHEREAS, the present action pending before this Court is a shareholder derivative
2 action brought on behalf of Sunpower Corporation;
3   WHEREAS, Plaintiffs' claims were settled as part of a global settlement of three
4 shareholder derivative claims brought on behalf of Sunpower Corporation.  The settlement was
5 presented for approval in a related California state court action entitled *In re Sunpower*
6 *Corporation Shareholder Derivative Litigation*, Lead Case No. 1:09-CV-158522 (Consolidated
7 with Case No. 1:09-CV-159022) filed in the Superior Court of the State of California, County of
8 Santa Clara.  By Final Judgment dated August 22, 2014, the Santa Clara County Superior Court
9 approved the settlement.  A true and correct copy of the Final Judgment is attached hereto as
10 **Exhibit 1**.
11   WHEREAS, in accordance with the Settlement and Final Judgment, Plaintiffs in the
12 instant action are required to seek dismissal of this entire action and all claims against all
13 defendants with prejudice.
14   WHEREAS, other than as provided in the Final Judgment, each party to the present
15 action has agreed to bear their own costs and attorneys' fees.
16   NOW THEREFORE, IT IS STIPULATED AND AGREED by all parties, through their
17 respective counsel of record, as follows:
18   1.   The entire action and all claims and defenses are hereby dismissed with prejudice;
19 and
20   2.   Each party shall bear its own fees, costs, and expenses.

21 DATED:       September 8, 2014         BOTTINI & BOTTINI, INC.
22                                        FRANCIS A. BOTTINI, JR.

                                                 /s/ Francis A. Bottini, Jr.
                                                FRANCIS A. BOTTINI, JR.

                                          7817 Ivanhoe Avenue, Suite 102
                                          La Jolla, CA 92037
                                          Telephone:  858/914-2001
                                          Facsimile:   858/914-2002

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
WITH PREJUDICE OF ENTIRE ACTION
MASTER FILE NO. C 09-05731-RS

1

|   |   |   |
|---|---|---|
| 1 |   | ROBBINS ARROYO LLP |
| 2 |   | MARC M. UMEDA |
|   |   | GEORGE C. AGUILAR |
| 3 |   | ASHLEY R. PALMER |
|   |   | 600 B Street, Suite 1900 |
| 4 |   | San Diego, CA 92101 |
|   |   | Telephone:  619/525-3990 |
| 5 |   | Facsimile:   619/525-3991 |
| 6 |   | *Co-Lead Counsel for Plaintiffs* |
| 7 | DATED:  September 8, 2014 | MORRISON & FOERSTER LLP |
|   |   | JORDAN ETH |
| 8 |   | JUDSON E. LOBDELL |

    /s/ Judson E. Lobdell
    JUDSON E. LOBDELL

    425 Market Street
    San Francisco, CA 94015-2482
    Telephone:  415/268-7000
    Facsimile:   415/268-7522

    *Counsel for Defendants*

## ATTESTATION

I, Francis A. Bottini, Jr., am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Dismissal With Prejudice of Entire Action.  In compliance with Civil Local Rule 5-1(i)(3), I attest that Judson E. Lobdell has concurred in this filing.

DATED:  September 8, 2014              s/ Francis A. Bottini, Jr.
                                        FRANCIS A. BOTTINI, JR.

* * *

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 9/9/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE